PD-1208&1209-15

NO. 09-14-00088-CR

IN THE

Court of Criminal Appeals
Austin, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta Clerk

JACOB PROVOST

V.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

THE STATE OF TEXAS

From Appeal NO. 09-14-00088-CR

TRIAL Cause NO. B130434-R

ORANGE County

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS

Comes NOW, Jacob Provost, Petitioner, and Files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In Support of this motion, appellant shows the Court the following:

I.

THE Petition was convicted in the 163rd Court of Orange County, TEXAS of the offense of Aggravated sexual Assault in cause NO. 09-14-00088-CR, styled STATE OF TEXAS V'S Jacob Provost. THE Petitioner appealed to the Court of Appeals, Orange County Supreme Judicial District. The case was affirmed on August 12, 2015.

II

The present deadline for filing the Petition for Discretionary Review is (30) days. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of appeals in affirming his case until August 18, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Christine R. Brown-Zeto, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHERE FORE, Petitioner prays this Court grants this motion and extend the deadline for filing the Petition for Discretionary Review in Case NO. 09-14-00088-CR

Jacob Provost
TEXAS Department of Criminal
Justic-Institutional
Division
Holliday Unit
TDCJ # 1914271
Huntsville Tx, 77320

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for Respondent, Christine R. Brown-Zeto, at 1107 Green Av. Orange Texas, 77630 and to the STATE Prosecuting Attorney, P.O. Box 12405, Austin, TEXAS 78711 on this the 18 day Of August, 2015

Jacob Provost
Petitioner, prose

I, JACOB ProvosT, TDCJ# 1914271, being presently incarcerated in the Holliday Unit of the TEXAS Department of Criminal Justice in Huntsville TEXAS, County, verify and declare under penalty of perjury that the foregoing STATEMents are true and correct. Executed on this the 18 day of August 2015.

Jacob Provost
TDCJ# 1914271